1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   HENRY ESCARSEGA,

11            Plaintiff,                    No. 2:09-cv-3466 JFM (PC)

12       vs.

13   CITY OF STOCKTON, et al.,

14            Defendants.              <u>ORDER</u>

15   _____/

16            Plaintiff, a county prisoner proceeding pro se, filed this civil rights action pursuant

17   to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

18   U.S.C. § 1915.[1]  By order filed March 29, 2010, plaintiff's request to proceed in forma pauperis

19   was granted and the Sheriff of San Joaquin County was directed to collect payments from

20   plaintiff's inmate trust account in accordance with the provisions of 28 U.S.C. § 1915(b).  On the

21   same day, this action was dismissed without prejudice.

22            On January 21, 2011, plaintiff filed a request to be relieved of the obligation to

23   pay the filing fee for this action.  Section 1915(b) of Title 15 of the United States Code requires

24   all prisoners who bring a civil action in forma pauperis to pay the full amount of the filing fee in

25   _____

26       [1] Plaintiff, the only party to appear in this action, consented to proceed before a United
States Magistrate Judge pursuant to 28 U.S.C. § 636(c).  <u>See</u> Consent filed December 23, 2009.

1   accordance with the provisions of the statute.  This court is without authority to waive that

2   requirement.

3              In accordance with the above, IT IS HEREBY ORDERED that plaintiff's January

4   21, 2011 request for relief from this court's March 29, 2010 order is denied.

5   DATED: April 7, 2011.

6

7                                    UNITED STATES MAGISTRATE JUDGE

8

9   12
10  esca3466.o

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26